STATE OF NEW JERSEY v. CHARLES ENGLISH.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNELL MARTIN.

June 27, 1986.

Petition for certification granted.   (See 209 *N.J.Super.* 473)

ANN BARONE v. DEPARTMENT OF HUMAN
SERVICES, ET AL.

LOTTIE ADKINS v. DEPARTMENT OF HUMAN
SERVICES, ET AL.

June 27, 1986.

Petition for certification granted.   (See 210 *N.J.Super.* 276)

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF ESTHER SMITH, DECEASED.

June 27, 1986.

Petition for certification granted.   (See 209 *N.J.Super.* 356)